UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Claudia Mehdi

Case No.: 19-15676
Chapter: 7
Judge: SLM

## NOTICE OF PROPOSED ABANDONMENT

_____Nancy Isaacson_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable _____Stacey L. Meisel_____ on ___May 28, 2019___ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. ___3A___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
621 Central Avenue
Harrison, NJ
Value : $335,000.00

Liens on property:
Bank of America
$332,870.00

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: Nancy Isaacson
Address: 75 Livingston Avenue, Suite 301, Roseland, NJ 07068-3701
Telephone No.: (973) 535-1600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-15676-SLM
Claudia Mehdi                                                             Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 2            Date Rcvd: May 01, 2019
                              Form ID: pdf905        Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2019.
```
db             +Claudia Mehdi,    806 Morris Turnpike, Apt. 3P2,    Short Hills, NJ 07078-2612
518131578     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998)
518131580      +Barclays Bank Delaware,    P.o. Box 8803,    Wilmington, DE 19899-8803
518131579      +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
518131582      +Chase Card Services,    P.o. Box 15298,    Wilmington, DE 19850-5298
518131581      +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
518131583      +Citi,   PO Box 6704,    Sioux Falls, SD 57117-6704
518131586      +Eastern Account System, Inc.,    Po Box 837,    Newtown, CT 06470-0837
518131587     #+Eastern Account System, Inc.,    75 Glen Rd Ste 310,    Sandy Hook, CT 06482-1175
518131588      +Kristina G. Murtha,    KML Law Group,    216 Haddon Avenue, Suite 406,    Westmont, NJ 08108-2812
518131589      +MRS BPO, LLC,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
518131590       Pressler Felt & Warshaw, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
518131591       Sears Credit Cards,    PO Box 6282,    Sioux Falls, SD 57117-6282
518131593      +Target,   Po Box 673,    Minneapolis, MN 55440-0673
518131592      +Target,   Attn: Bankruptcy,    Po Box 9475,    Minneapolis, MN 55440-9475
518131594     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: US Bank/RMS CC,    Attn: Bankruptcy,    Po Box 5229,
                 Cincinnati, OH 45201)
518131595       US Bank/RMS CC,    Cb Disputes,    Saint Louis, MO 63166
518131596      +US BankCorp,    Attn: Bankruptcy,    Po Box 5229,    Cincinnati, OH 45201-5229
518131597       US BankCorp,    Cra Management,    Oshkosh, WI 54903
518131599      +Visa Dept Store National Bank/Macy's,    Po Box 8218,    Mason, OH 45040-8218
518131598      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 02 2019 00:33:21     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 02 2019 00:33:17     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518131585      E-mail/Text: mrdiscen@discover.com May 02 2019 00:32:51     Discover Financial,    Pob 15316,
                Wilmington, DE 19850
518131584     +E-mail/Text: mrdiscen@discover.com May 02 2019 00:32:51     Discover Financial,    Po Box 3025,
                New Albany, OH 43054-3025
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2              User: admin              Page 2 of 2              Date Rcvd: May 01, 2019
                                  Form ID: pdf905          Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2019 at the address(es) listed below:

          Bruce H Levitt    on behalf of Debtor Claudia  Mehdi blevitt@levittslafkes.com,
           sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotic
           es@gmail.com
          Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Nancy  Isaacson    nisaacson@greenbaumlaw.com,   isaacson@remote7solutions.com;J101@ecfcbis.com
          Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                          TOTAL: 5