**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Claudia Mehdi** | Social Security number or ITIN | xxx–xx–8170 |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 | | Social Security number or ITIN | _ _ _ _ |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | | |
| Case number: | 19–15676–SLM | | |

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Claudia Mehdi

6/28/19

**By the court:** Stacey L. Meisel
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-15676-SLM
Claudia Mehdi                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2            Date Rcvd: Jun 28, 2019
                             Form ID: 318              Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2019.
db          +Claudia Mehdi,    806 Morris Turnpike, Apt. 3P2,    Short Hills, NJ 07078-2612
518131586   +Eastern Account System, Inc.,    Po Box 837,   Newtown, CT 06470-0837
518131587   #+Eastern Account System, Inc.,    75 Glen Rd Ste 310,   Sandy Hook, CT 06482-1175
518131588   +Kristina G. Murtha,    KML Law Group,    216 Haddon Avenue, Suite 406,   Westmont, NJ 08108-2812
518131589   +MRS BPO, LLC.,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
518131590    Pressler  Felt & Warshaw, LLP,    7 Entin Road,   Parsippany, NJ 07054-5020
518131595    US Bank/RMS CC,    Cb Disputes,    Saint Louis, MO 63166
518131597    US BankCorp,    Cra Management,    Oshkosh, WI 54903
518131599   +Visa Dept Store National Bank/Macy's,    Po Box 8218,   Mason, OH 45040-8218
518131598   +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jun 29 2019 01:25:15     U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 29 2019 01:25:11     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
518131578    EDI: BANKAMER.COM Jun 29 2019 04:48:00     Bank Of America,   Attn: Bankruptcy,   Po Box 982238,
               El Paso, TX 79998
518131579   +EDI: TSYS2.COM Jun 29 2019 04:48:00     Barclays Bank Delaware,    Attn: Correspondence,
               Po Box 8801,   Wilmington, DE 19899-8801
518131580   +EDI: TSYS2.COM Jun 29 2019 04:48:00     Barclays Bank Delaware,    P.o. Box 8803,
               Wilmington, DE 19899-8803
518131581   +EDI: CHASE.COM Jun 29 2019 04:48:00     Chase Card Services,   Attn: Bankruptcy,    Po Box 15298,
               Wilmington, DE 19850-5298
518131582   +EDI: CHASE.COM Jun 29 2019 04:48:00     Chase Card Services,   P.o. Box 15298,
               Wilmington, DE 19850-5298
518131583   +EDI: CITICORP.COM Jun 29 2019 04:48:00     Citi,   PO Box 6704,   Sioux Falls, SD 57117-6704
518131585    EDI: DISCOVER.COM Jun 29 2019 04:48:00     Discover Financial,    Pob 15316,
               Wilmington, DE 19850
518131584   +EDI: DISCOVER.COM Jun 29 2019 04:48:00     Discover Financial,    Po Box 3025,
               New Albany, OH 43054-3025
518131591    EDI: SEARS.COM Jun 29 2019 04:48:00     Sears Credit Cards,    PO Box 6282,
               Sioux Falls, SD 57117-6282
518131592   +EDI: WTRRNBANK.COM Jun 29 2019 04:48:00     Target,   Attn: Bankruptcy,    Po Box 9475,
               Minneapolis, MN 55440-9475
518131593   +EDI: WTRRNBANK.COM Jun 29 2019 04:48:00     Target,   Po Box 673,   Minneapolis, MN 55440-0673
518131594    EDI: USBANKARS.COM Jun 29 2019 04:48:00     US Bank/RMS CC,   Attn: Bankruptcy,    Po Box 5229,
               Cincinnati, OH 45201
518131596   +EDI: USBANKARS.COM Jun 29 2019 04:48:00     US BankCorp,   Attn: Bankruptcy,    Po Box 5229,
               Cincinnati, OH 45201-5229
                                                                                            TOTAL: 15

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2019                              Signature:  /s/Joseph Speetjens

District/off: 0312-2          User: admin               Page 2 of 2            Date Rcvd: Jun 28, 2019
                             Form ID: 318               Total Noticed: 25

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2019 at the address(es) listed below:
          Bruce H Levitt    on behalf of Debtor Claudia  Mehdi blevitt@levittslafkes.com,
          sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotic
          es@gmail.com
          Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Nancy Isaacson    nisaacson@greenbaumlaw.com,  isaacson@remote7solutions.com;J101@ecfcbis.com
          Rebecca Ann Solarz    on behalf of Creditor   BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                        TOTAL: 5